IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GAVINO PATRICK MAZUREK                                         PETITIONER

v.                          No. 5:14-cv-439-DPM

WENDY KELLEY,* Director,
Arkansas Department of Correction                              RESPONDENT

ORDER

Unopposed recommendation, № 9, adopted as supplemented. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The narrow exception created by *Martinez* and *Trevino* applies only to substantial claims of ineffective assistance of trial counsel. *Martinez v. Ryan*, 132 S. Ct. 1309, 1320 (2012); *Trevino v. Thaler*, 133 S. Ct. 1911, 1921 (2013). The exception doesn't apply to Mazurek's claim that the trial court erred in denying his Rule 26 motion. № 9 at 7-8. Mazurek's petition, № 1, will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

---

*The Court directs the Clerk to amend the docket to reflect the current Director of the Arkansas Department of Correction, Wendy Kelley. FED. R. CIV. P. 25(d).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 October 2015