IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GAVINO PATRICK MAZUREK                                    PETITIONER

v.                          No. 5:14-cv-439-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                         RESPONDENT

## JUDGMENT

Mazurek's petition for a writ of habeas corpus is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2015