IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GAVINO PATRICK MAZUREK            PETITIONER

v.            No. 5:14-cv-439-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction            RESPONDENT

ORDER

The Court remains convinced that the narrow exception created by *Martinez* and *Trevino* doesn't apply to Mazurek's defaulted claims. № 9 & 10. Mazurek's motion for a certificate of appealability, № 13, is therefore denied. 28 U.S.C. § 2253(c)(1)–(2); *Khaimov v. Crist*, 297 F.3d 783, 786 (8th Cir. 2002). Because no certificate will issue, Mazurek's motion to proceed *in forma pauperis* on appeal, №14, is denied as well.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2015